No. 80–6318.  IN RE WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 80–6321.  YOUNG v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6323.  COFFMAN ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 80–6329.  ALEXANDER v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 80–6334.  BECKETT v. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–6346.  DAVIS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–6348.  NELSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6356.  ROCHE v. FENTON, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–6372.  STEWART v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–6377.  CLAY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6380.  KAJEVIC v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–6382.  FORD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 80–1147.  LOCAL 1576, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 5th Cir.  Motion of Southern Stevedoring Co. for leave to file a brief as amicus curiae granted.  Certiorari denied.